**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **THE OFFSHORE DRILLING COMPANY** | § | |
| | § | |
| | § | |
| **VS.** | § | **C.A. ____________________** |
| | § | **An Admiralty Claim Pursuant to** |
| **MICHAEL PALMER** | § | **FED. R. CIV. P. 9(h)** |

**PLAINTIFF, THE OFFSHORE DRILLING COMPANY'S**
**ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, The Offshore Drilling Company ("TODCO"), complaining of Defendant, Michael Palmer ("Palmer"), and would show as follows:

**I.**

This is a proceeding for a declaratory judgment under 28 U.S.C. § 2201, *et seq.* This request for declaratory relief is filed for the purpose of determining a question in actual controversy between parties within the jurisdiction of this Honorable Court, namely, whether Palmer is entitled to payments of maintenance and cure under the General Maritime law.

**II.**

This Court has jurisdiction pursuant to 28 U.S.C. § 2201, *et seq.* and 28 U.S.C. § 1331. Additionally, this Court has jurisdiction pursuant to the General Maritime law and 28 U.S.C. § 1333.

**III.**

The Plaintiff, TODCO, is a corporation doing business in the State of Texas. Defendant, Michael Palmer, is a resident and citizen of the State of Mississippi. Palmer may be served with service of process at his address, 2776 Monroe Road, Moselle Mississippi, 39459.

IV.

Defendant Palmer worked offshore near Corpus Christi, Texas at Mustang Island Block 726 on board the TODCO Rig 207, a jack-up rig. On August 17, 2006, he requested medical treatment for a condition that predated his hitch.

V.

A controversy exists regarding Palmer's alleged right to payments for maintenance and cure. The parties cannot settle this controversy without the aid of a judgment declaring the rights and duties of the parties.

WHEREFORE, Plaintiff, The Offshore Drilling Company prays that judgment be rendered as follows:

a. declaration that Plaintiff does not owe Defendant, Michael Palmer, maintenance and cure benefits;

b. awarding The Offshore Drilling Company its attorneys' fees and court costs incurred in filing and pursuing this declaratory judgment action; and

c. granting such other and further relief to which The Offshore Drilling Company may be justly entitled, including costs of court.

Respectfully submitted,

/s/ Ralph F. Meyer

Ralph F. Meyer
Federal I.D. No. 2831
State Bar No. 13994300
Jack C. Partridge
Federal I.D. No. 10470
State Bar No. 15534600
1300 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 78470
361-884-8808 office
361-884-7261 fax
**ATTORNEYS FOR DEFENDANT,**
**THE OFFSHORE DRILLING COMPANY**

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.