**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

United States District Court
Southern District of Texas
FILED

FEB 15 2008

Michael N. Milby, Clerk

| | | |
|---|---|---|
| **MICHAEL PALMER** | § | |
| | § | |
| **V.** | § | **C.A. NO. C-06-515** |
| | § | |
| **THE OFFSHORE DRILLING COMPANY** | § | |

## INTERROGATORIES FOR THE JURY

1. Do you find by a preponderance of the evidence that TODCO was negligent as alleged?

   Yes. ____________

   No. ✓

   If you have answered "Yes" then answer Question 2. Otherwise, proceed to Question 3.

2. Do you find by a preponderance of the evidence that the TODCO's negligence caused injury to the plaintiff?

   Yes. __________

   No. __________

3. Do you find by a preponderance of the evidence that TODCO Rig 207 was unseaworthy, as alleged?

   Yes. __________

   No. ✓

   If you have answered "Yes," then answer Question 4. Otherwise, proceed to Question 6.

4. Do you find by a preponderance of the evidence that an unseaworthy condition of TODCO Rig 207 was a proximate cause of injury to Mr. Palmer?

Yes. __________

No. __________

5. If you have answered "Yes," to both questions 2 and 4, then answer Question 5. Otherwise, proceed to Question 6. To what extent, expressed in a percentage, was the accident caused by?

Jones Act negligence _____________%

Unseaworthiness of the TODCO 207 _____________%

6. Do you find by a preponderance of the evidence that Mr. Palmer was negligent, as alleged by TODCO?

Yes. __________

No. ✓

If you have answered "Yes," then answer Question 7. Otherwise, do not answer the remaining questions.

7. Do you find by a preponderance of the evidence that Mr. Palmer's negligence was a cause of the injury, if any, to Mr. Palmer?

Yes. __________

No. __________

8. By a preponderance of the evidence, state the degree of fault, causing injury, of:

TODCO __________%

Mr. Palmer ________%

100 %

**(Note: the total percentage given in your answer must equal 100%)**

2/15/08 2:50PM
Date and Time

[redacted]
Presiding Juror