**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| MICHAEL PALMER | § | |
| v | § | CA-C-06-515 |
| THE OFFSHORE DRILLING CO. | § | |

## JUDGMENT OF DISMISSAL

Following the jury verdict on the issue of liability for negligence and unseaworthiness claims and before submission to the jury on the issue of cure, the parties announced settlement of their dispute in open court.

Based on the announced agreement, it is the judgment of this court that this case is dismissed as provided by settlement.

ORDERED this 15 day of February, 2008.

HAYDEN HEAD
CHIEF JUDGE